USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
AUGUSTUS X. MADISON,                    :
                         Plaintiff,     :
                                        :   08 Civ. 7126 (DLC)
            -v-                         :
                                        :          ORDER
DR. ALTAREEK and SOCIAL WORKER SHILAH,  :
                         Defendants.    :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    Plaintiff commenced this action by filing a complaint on August 11, 2008. Pursuant to an Order of that same date directing plaintiff to file an amended complaint, plaintiff filed an amended complaint on September 2, 2008. The case was reassigned to this Court on September 17, 2008.

    This Court has received two additional amended complaints signed by plaintiff. One appears to have been signed on October 15, 2008, and the other on December 21, 2008. These complaints appear to add additional defendants and allege additional illegal acts.

    In order to proceed, plaintiff must file a new amended complaint. This complaint must name each defendant that plaintiff wants to proceed with in this case, and must describe each illegal act that plaintiff alleges each defendant committed. It is on this new amended complaint that this case will proceed in its initial stages, and it is this complaint to

which the defendants must answer or otherwise respond once they have been served with this complaint.  Accordingly, it is hereby

ORDERED that plaintiff shall file this new amended complaint by **March 20, 2009**.  He should label it: "Fourth Amended Complaint."  When filing any papers with the Court, plaintiff shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that once the Fourth Amended Complaint has been filed, this Court will direct the Pro Se Office to prepare amended summonses to be sent to the plaintiff.  The plaintiff will have 60 days from the date this amended complaint is filed to serve defendants with the amended summons and complaint.

IT IS FURTHER ORDERED that defendants are relieved of their obligation to answer or otherwise respond until they are served with the Fourth Amended Complaint.

IT IS FURTHER ORDERED that the pretrial conference previously scheduled for March 6, 2009 is adjourned.

IT IS FURTHER ORDERED that should the plaintiff require further assistance, he shall direct such inquiries to the Pro Se Clerk's Office at 500 Pearl Street, Room 230, New York, NY 10007.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment by default, or such other action as may be just in the circumstances.

SO ORDERED:

Dated:   New York, New York
         February 10, 2009

                                    _____
                                            DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Augustus Madison
3643 Mid Hudson Psychiatric Center
Box 158
New Hampton, NY 10958

Nathan A. Brill
Assistant Attorney General
State of New York
Office of the Attorney General
120 Broadway
New York, NY 10271-0332

Pro Se Office
Room 230
United States Courthouse
500 Pearl Street
New York, NY 10007